IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DENNIS JOHNSON,** | ) | |
| **AIS # 220424,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 13-00420-KD-C |
| | ) | |
| **GWENDOLYN GIVENS,** *et al.*, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

This action is before the Court on notice from United States Magistrate Judge Sonja F. Bivins that this action has settled. Magistrate Judge Bivins reports that the action was settled at the settlement conference, but additional time is necessary to finalize the settlement documents.

Accordingly, this action is **DISMISSED with prejudice** from the active docket of this Court, **subject to the right of either party to reinstate the action within sixty (60) days of the date of this Order should the settlement not be completed.**

**DONE** and **ORDERED** this 19th day of May 2016.

       s / Kristi K. DuBose
       **KRISTI K. DuBOSE**
       **UNITED STATES DISTRICT JUDGE**